43 F.3d 1463
 Sbarra (John), Duramore Music Company, DiBiuno (Joseph)
v.
Addison (John), John Addison Publishing Co., MCA/Universal
Television, U.S.A. Network, CBS Inc., John Doe I through X,
MCA Television Limited, MCA Music, a Division of MCA, Inc.,
Universal Television, Universal City Studios, Inc., MCA
International, B.V., Corymore Productions, Inc.
 NO. 94-5283
 United States Court of Appeals,
Third Circuit.
 Nov 22, 1994
 
 Appeal From: D.N.J., No. 92-01054,
 Bassler, J.
 
 
 1
 AFFIRMED.